IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIKA L. MAYALL, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-2721 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *11th* day of *August*, 2015, upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Docket No. 17) and Defendant Carolyn W. Colvin's Objections thereto (Docket No. 18), and upon careful review of the entire record, it is hereby **ORDERED**, as follows:

1. Defendant's Objections to the Report and Recommendation are **SUSTAINED**;

2. Plaintiff's Request for Review is **DENIED**;

3. The Decision of the Commissioner of Social Security is **AFFIRMED**; and

4. **JUDGMENT IS ENTERED** in favor of the Defendant and against Plaintiff.

This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.